GILSEY BUILDINGS, INC., Appellant, v. INCORPORATED VILLAGE OF GREAT NECK PLAZA, Respondent.— In an action to enjoin defendant from erecting or maintaining parking meters and from granting any permit to any person to park in front of plaintiff's abutting premises for a fee, judgment dismissing complaint on the merits unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.   [170 Misc. 945.]

LEONARD T. HAIGHT and WARREN CRUIKSHANK, as Trustees under the Last Will and Testament of CHARLOTTE F. SCHERMERHORN, Deceased, Appellants, v. HANNAH SEROTA and Others, Defendants, and LEON SEROTA, Respondent.— In an action to foreclose a mortgage on real property, plaintiffs appeal from an order (a) denying their motion for confirmation of the report of an official referee, (b) disapproving the referee's finding as to the value af the property on the date of sale, (c) making a new finding as to such value, and (d) directing that plaintiffs shall not recover a deficiency judgment. Order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ALAN HOROWITZ, an Infant, by ROBERT HOROWITZ, His Guardian ad Litem, and ROBERT HOROWITZ, Appellants, v. HOME TITLE INSURANCE COMPANY and LOUIS H. PINK, as Rehabilitator of HOME TITLE INSURANCE COMPANY, Respondents.— Actions to recover for personal injuries sustained by the infant plaintiff and for loss of services by his father. The infant plaintiff, a four-year old boy, was injured while playing on an iron flower urn in the front yard of premises next to his home. The boy's grandfather had been authorized by the defendants to try to obtain a tenant for the premises. The grandfather instructed the boy to play in the yard where the urn was situated while prospective tenants were being shown through the house. The defendants are assignees of the rents of the premises and presumably in control thereof. Judgment dismissing the complaint at the close of the plaintiffs' case unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.